

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0154-21

### ROHN M. WEATHERLY, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS
### TARRANT COUNTY

**RICHARDSON, J.,** filed a concurring opinion.

### <u>CONCURRING OPINION</u>

Today the Court refuses Appellant's Petition for Discretionary Review. We have previously explained that "[t]his Court does not lack jurisdiction to consider Applicant's habeas application. . . . [t]herefore, this Court will abstain from deciding Applicant's habeas claims until Applicant has exhausted his appellate remedies with regard to the judgment *nunc pro tunc*." *Ex parte Weatherly*, No. WR-61,215-09 (Tex. Crim. App. February 26, 2020) (not designated for publication).

While I agree with the Court's decision, I write separately to indicate that Appellant may be entitled to relief under Article 11.07 of the Texas Code of Criminal Procedure, as we noted in the prior order cited above.

FILED: October 20, 2021

DO NOT PUBLISH